# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

JERMAINE LAYTON CARTER,     :
    :
    Plaintiff,     :
    :
    :
    v.     : Civ. No. 18-994-LPS
    :
PAOLA MUNOZ, et al.,     :
    :
    Defendants.     :
    :

---------------------------------------------------------

JERMAINE LAYTON CARTER,     :
    :
    Plaintiff,     :
    :
    :
    :
    v.     : Civ. No. 18-1187-LPS
    :
DAVID YUNIS, et al.,     :
    :
    Defendants.     :
    :

## MEMORANDUM ORDER

At Wilmington this 19th day of October, 2018,

Plaintiff Jermaine Layton Carter ("Plaintiff") has filed two lawsuits that contain identical or similar allegations against many of the same Defendants. The cases are Civ. No. 18-994-LPS and 18-1187-LPS. In the filings, Plaintiff raises mental health claims and the forced administration of mental health medication all in violation of his civil rights pursuant to 42 U.S.C. § 1983. In each case, Plaintiff proceeds *pro se* and has been granted *in forma pauperis* status.

Federal Rule of Civil Procedure 42 provides for consolidation "[w]hen actions involv[e] a common question of law or fact . . . to avoid unnecessary costs or delay." Fed. R. Civ. P. 42(a).

1

"District courts have the inherent authority to order consolidation *sua sponte*." *Plimpton v. Cooper*, 141 F. Supp. 2d 573, 575 (W.D. N.C. 2001)(citing *Pickle v. Char Lee Seafood, Inc.*, 174 F.3d 444 (4th Cir. 1999)). Both complaints concern common questions of law and fact. (*See* Civ. No. 18-994-LPS at D.I. 1; Civ. No. 18-1187-LPS at D.I. 1) The Court has reviewed the complaints and will consolidate them to more effectively manage Plaintiff's actions.

IT IS THEREFORE ORDERED that:

1.    Civil Action Nos. 18-994-LPS and 18-1187-LPS are **CONSOLIDATED** for all purposes.

2.    The caption of the Consolidated Action is as follows:

```
-----------------------------------------------------
JERMAINE LAYTON CARTER,              :
                                     :
          Plaintiff,                 :
                                     :
                                     : CONSOLIDATED
          v.                         : Civ. No. 18-994-LPS
                                     :
PAOLA MUNOZ, et al.,                 :
                                     :
          Defendants.                :
-----------------------------------------------------
```

3.    The complaint filed in Civil Action No. 18-994-LPS at D.I. 1 and the complaint filed in Civil Action No. 18-1187-LPS at D.I. 1, together, will stand as the complaint in this Consolidated Action

4.    All documents previously filed to date in the cases consolidated herein are deemed filed and are part of the record in the Consolidated Action.

5.      Hereafter, court pleadings and documents shall be filed **only** in Consolidated Civil

Action No. 18-994-LPS.   The Court will not accept pleadings filed in Civil Action No. 18-1187-

LPS.

_____
HONORABLE LEONARD P. STARK
UNITED STATES DISTRICT JUDGE